## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TROY HERNANDEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 15-cv-07865 |
| CIVIS ANALYTICS, INC. and ALAN FU, | ) ) |
| Defendants. | ) ) ) ) |

## DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Civis Analytics, Inc. ("Civis") and Alan Fu ("Fu") (collectively "Defendants"), by and through their attorneys, Nadine C. Abrahams and Natalie S. Federle of Jackson Lewis, P.C., hereby respectfully move this Court for a brief extension of time for Defendants to answer or otherwise plead in response to the Complaint. In support of this motion, Defendants state as follows:

1. Plaintiff filed the Complaint on September 8, 2015.

2. The Complaint purports to plead claims of race discrimination against Defendants under 42 U.S.C. §1981.

3. Defendants were served on September 14, 2015 and are required to answer or otherwise plead within 21 days of service, or by October 5, 2015.

4. According to this Court's Orders, the parties are to file a joint status report by October 14, 2015, and are scheduled to appear before this Court for an initial status hearing on October 19, 2015.

5. Since being served, Defendants and their counsel have worked diligently to investigate Plaintiff's claims.

6. Defendants' counsel has contacted Plaintiff's counsel regarding this motion, and Plaintiff has agreed to Defendants' request for a three-week extension of time to answer or otherwise plead.

7. This motion is not brought for purposes of delay and will not prejudice either party.

WHEREFORE, for the foregoing reasons Defendants, Civis Analytics, Inc. and Alan Fu, respectfully request that this Court grant Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead and set October 26, 2015 as the deadline for Defendants to answer or otherwise plead. Defendants further request that this Court strike the October 19, 2015 initial status hearing and October 14, 2015 deadline to file the parties' joint status report, and to reschedule them to a date after October 26, 2015.

Dated: September 30, 2015

CIVIS ANALYTICS, INC. and ALAN FU,

By: /s/ Nadine C. Abrahams
    One of Its Attorneys

Nadine C. Abrahams
Natalie S. Federle
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
(312) 787-4949
(312) 787-4995 Fax

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on September 30, 2015, she caused a true and correct copy of the foregoing **DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Nadine C. Abrahams
Nadine C. Abrahams

Nadine C. Abrahams
Natalie S. Federle
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
(312) 787-4949
(312) 787-4995 Fax

4820-5110-6857, v. 1