# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TROY HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-cv-07865 |
| | ) | |
| CIVIS ANALYTICS, INC. and ALAN FU, | ) | Judge Amy J. St. Eve |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Monday, October 5, 2015 at 8:30 a.m.,** Civis Analytics, Inc. ("Civis") and Alan Fu ("Fu") (collectively "Defendants") will appear before the Honorable Amy J. St. Eve in Courtroom 1241 and present the DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT, a copy of which is attached and hereby served upon you.

Dated: September 30, 2015                    CIVIS ANALYTICS, INC. and ALAN FU,

 

                                                                   By: /s/ Nadine C. Abrahams
                                                                            One of Its Attorneys

Nadine C. Abrahams
Natalie S. Federle
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
(312) 787-4949
(312) 787-4995 Fax

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on September 30, 2015, she caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Nadine C. Abrahams
Nadine C. Abrahams

Nadine C. Abrahams
Natalie S. Federle
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
(312) 787-4949
(312) 787-4995 Fax

4837-6257-9497, v. 1