UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Troy Hernandez
                                       Plaintiff,

v.                                               Case No.: 1:15−cv−07865
                                                          Honorable Amy J. St. Eve

Civis Analytics, Inc., et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 1, 2015:

       MINUTE entry before the Honorable Amy J. St. Eve: Defendants' agreed motion for extension of time [7] is granted. Defendants shall answer or otherwise plead by 10/26/15. Joint status report shall be filed by 10/28/15. Status hearing set for 10/19/15 is stricken and reset to 11/2/15 at 8:30 a.m. No appearance is required on the 10/5/15 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.