# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TROY HERNANDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 15-CV-7865 |
| v. | ) |
| | ) Judge Amy J. St. Eve |
| CIVIS ANALYTICS, INC. and ALAN FU, | ) |
| | ) Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, October 29, 2015** at **8:30 a.m.,** or as soon thereafter as counsel may be heard, counsel for Defendant Alan Fu shall appear before the Honorable Amy J. St. Eve, or any other person sitting in her place, in Courtroom 1238 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present his ***Motion to Dismiss Defendant Alan Fu from Plaintiff's Complaint***, a copy of which, including a Memorandum in Support of Defendant's Motion to Dismiss, is attached.

                                            Respectfully submitted,

                                            ALAN FU,

Dated: October 26, 2015                 By:   /s Nadine C. Abrahams
                                                             One of his Attorneys

Nadine C. Abrahams
Natalie S. Federle
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
(312) 787-4949
(312) 787-4995 Fax

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on this 26th day of October, 2015 a true and correct copy of the foregoing Notice of Motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record for Plaintiff, including:

>Julie O. Herrera
>Law Office of Julie O. Herrera
>53 W. Jackson
>Suite 1615
>Chicago, IL 60604
>(312) 697 0022
>Fax: 312-697-0812
>Email: jherrera@julieherreralaw.com

.

>/s Natalie S. Federle
>Natalie S. Federle