# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TROY HERNANDEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 15-cv-07865 |
| CIVIS ANALYTICS, INC. and ALAN FU, | ) ) |
| Defendants. | ) ) ) |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Civis Analytics, Inc. submits the following disclosure statement by and through its attorneys, Nadine C. Abrahams and Natalie S. Federle of Jackson Lewis. P.C.:

1. No parent corporation owns 10 percent or more of Defendant's stock;

2. No publicly held corporation owns 10 percent or more of Defendant's stock;

3. No publicly held entity owns more than 5 percent of the Defendant.

DATED: October 26, 2015

Respectfully submitted,

By: /s/ *Natalie S. Federle*

Nadine C. Abrahams
Natalie S. Federle
JACKSON LEWIS P.C.
150 North Michigan Ave, Suite 2500
Chicago, IL 60601
Telephone: 312-787-4949
Facsimile: 312-787-4995
Email: abrahamsn@jacksonlewis.com
natalie.federle@jacksonlewis.com

# CERTIFICATE OF SERVICE

I, Natalie S. Federle, an attorney, hereby certify that on October 26, 2015, I electronically filed a copy of the foregoing **Defendant's Rule 7.1 Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

>Julie O. Herrera
>Law Office of Julie O. Herrera
>53 W. Jackson
>Suite 1615
>Chicago, IL 60604
>(312) 697 0022
>Fax: 312-697-0812
>Email: jherrera@julieherreralaw.com

By: /s/ *Natalie S. Federle*
     One of the Attorneys for Defendant