# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Troy Hernandez

                            Plaintiff,

v.                                                   Case No.: 1:15−cv−07865
                                                     Honorable Amy J. St. Eve

Civis Analytics, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 29, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve:Motion hearing held on 10/29/2015. Defendant Fu's motion to dismiss [11] is entered. Response by 11/19/15. Reply by 12/4/15. Rule 26(a)(1) disclosures shall be exchanged by 11/9/15. Written discovery shall be issued by 11/16/15. Fact discovery shall be completed by 3/31/16. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Status hearing set for 11/2/15 is stricken and reset to 12/16/15 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.