# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TROY HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15-CV-7865 |
| v. ) | |
| ) | Judge Amy J. St. Eve |
| CIVIS ANALYTICS, INC. and ALAN FU, ) | |
| ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. ) | |

## AGREED MOTION FOR THE ENTRY OF AN AGREED CONFIDENTIALITY ORDER

Defendants Civis Analytics, Inc. and Alan Fu ("Defendants"), by their attorneys Nadine C. Abrahams and Natalie S. Federle of Jackson Lewis P.C., move the Court to enter the Agreed Confidentiality Order to which the parties have stipulated. In support of this motion, Defendants state as follows:

1. The parties have stipulated to the entry of the Agreed Confidentiality Order attached as Exhibit A hereto. As required by Local Rule, the parties also submit the document attached hereto as Exhibit B which shows the differences between the Agreed Confidentiality Order and the Court's Model Confidentiality Order (Form LR 26.2).

2. Defendants request that the Court grant this motion and enter the Agreed Protective Order only for proper purposes. Defendants appropriately seek to maintain confidentiality with respect to certain documents and information and Plaintiff has no objection.

WHEREFORE, Defendants respectfully request that the Court grant this motion and enter the Agreed Confidentiality Order attached hereto as Exhibit A.

Dated: February 2, 2016

                Respectfully submitted,


                <u>By: /s Natalie S. Federle</u>
                *Counsel for Defendants:*

                Nadine C. Abrahams
                Natalie S. Federle
                JACKSON LEWIS P.C.
                150 N. Michigan Ave., Suite 2500
                Chicago, Illinois 60601
                Phone:  (312) 787-4949
                Fax:     (312) 787-4995
                Abrahamsn@jacksonlewis.com
                natalie.federle@jacksonlewis.com

## CERTIFICATE OF SERVICE

I, Natalie S. Federle, an attorney, hereby certify that on February 2, 2016, I electronically filed a copy of the foregoing *Agreed Motion for the Entry of An Agreed Confidentiality Order* to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Natalie S. Federle