UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Troy Hernandez
                                          Plaintiff,

v.                                            Case No.: 1:15−cv−07865
                                                          Honorable Amy J. St. Eve

Civis Analytics, Inc., et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 2, 2016:

       MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 2/2/2016 and continued to 3/23/2016 at 08:30 AM. Any potentially dispositive motion, with supporting memorandum, shall be filed by 4/29/16. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.