**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TROY HERNANDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 15-cv-07865 |
| | ) |
| CIVIS ANALYTICS, INC. and ALAN FU, | ) Judge Amy J. St. Eve |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Monday, February 8, 2016 at 8:30 a.m.,** Civis Analytics, Inc. ("Civis") and Alan Fu ("Fu") (collectively "Defendants") will appear before the Honorable Amy J. St. Eve in Courtroom 1241 and present the AGREED MOTION FOR CONFIDENTIALITY ORDER.

Dated: February 2, 2016　　　　　　　　　　CIVIS ANALYTICS, INC. and ALAN FU,

　　　　　　　　　　　　　　　　　　　　By: /s/ Natalie S. Federle
　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Nadine C. Abrahams
Natalie S. Federle
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
(312) 787-4949
(312) 787-4995 Fax

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 2, 2016, she caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Natalie S. Federle
Natalie S. Federle

Nadine C. Abrahams
Natalie S. Federle
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
(312) 787-4949
(312) 787-4995 Fax

4842-2438-2509, v. 1