UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Troy Hernandez
                              Plaintiff,

v.                                                 Case No.: 1:15−cv−07865
                                                         Honorable Amy J. St. Eve

Civis Analytics, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 3, 2016:

      MINUTE entry before the Honorable Amy J. St. Eve: Defendants' agreed motion for entry of an agreed confidentiality order [22] is granted. No appearance is required on the 2/8/16 notice motion date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.