IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TROY HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | Case No. 15-cv-7865 |
| ) | |
| v. ) | Judge St. Eve |
| ) | Magistrate Judge Jeffrey T. Gilbert |
| CIVIS ANALYTICS, INC. and ALAN FU, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE
PLAINTIFF'S SECOND AMENDED COMPLAINT**

NOW COMES Plaintiff, TROY HERNANDEZ, by counsel, and requests that he be granted leave to file his Second Amended Complaint:

1. Plaintiff filed his Complaint in this case on September 9, 2015. (Document #1).

2. Plaintiff's original Complaint consisted of claims against both Defendants under 42 U.S.C. § 1981 for unlawful discrimination based on his race.

3. Prior to filing this lawsuit, Plaintiff had originally filed a national origin discrimination charge with the Equal Employment Opportunity Commission ("EEOC"), which was cross-filed with the Illinois Department of Human Rights ("IDHR").

4. The EEOC issued Plaintiff notice of his right to sue on November 9, 2015, and he received it on November 14, 2015.

5. Since the inception of this litigation, Plaintiff's intention has been to add additional claims under Title VII and the Illinois Human Rights Act (for unlawful discrimination based on his national origin) subsequent to receiving a notice of dismissal from the IDHR, and he informed Defendants of this intention early on in the litigation.

6. The IDHR finally issued notice that it had dismissed Plaintiff's charge on January 4, 2016.

7. Accordingly, Plaintiff now seeks to amend his Complaint to add claims against CIVIS under Title VII and the IHRA.

8. Previously, on December 9, 2015, Plaintiff filed a First Amended Complaint as a result of a motion to dismiss by Defendant FU. (Document #19).

9. Thus, this would be Plaintiff's Second Amended Complaint.

10. Plaintiff's proposed Second Amended Complaint is attached.

11. Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, a court "should freely give leave" to amend "when justice so requires."

12. Defendants indicated at the December 16, 2015, status hearing that they would have no objection to Plaintiff amending his Complaint to include Title VII claims.

13. But, Defendants' counsel is still waiting to hear from her clients as to whether or not there is any actual objection to this Motion.

14. Regardless, the granting of this Motion would not cause any delay or prejudice in this case, as the Title VII and IHRA claims would significantly overlap with the Section 1981 claims, and most of the discovery required would be very similar, if not identical.

15. Further, because the deadline to file his Title VII claim is Monday, February 8, 2016, Plaintiff would need to file a new, separate complaint if this Motion is not granted and his claims are not added by February 8, 2016. This would be wasteful, inefficient, and an unnecessary use of judicial resources.

WHEREFORE, Plaintiff respectfully requests that this Court grant him leave to file his Second Amended Complaint to add claims under Title VII and the Illinois Human Rights Act. Plaintiff further requests that if this Motion is granted, his amended Complaint be filed on or before

February 8, 2016, so that his Title VII claim is filed with the Court within the statute of limitations period.

Dated: February 3, 2016

                                                   Respectfully submitted,

                                                   <u>s/ Steven J. Molitor</u>
                                                   Law Office of Julie O. Herrera
                                                   53 W. Jackson, Suite 1615
                                                   Chicago, IL 60604
                                                   (312) 697-0022