IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TROY HERNANDEZ, | ) |
| Plaintiff, | ) Case No. 15-cv-7865 |
| v. | ) Judge St. Eve |
| | ) Magistrate Judge Jeffrey T. Gilbert |
| CIVIS ANALYTICS, INC. and ALAN FU, | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:  Nadine C. Abrahams |abrahamsn@jacksonlewis.com, Cassondra.Graham@jacksonlewis.com, ChicagoDocketing@jacksonlewis.com

Natalie S Federle |natalie.federle@jacksonlewis.com, chicagodocketing@jacksonlewis.com, helen.dulek@jacksonlewis.com

PLEASE TAKE NOTICE, that on **February 8, 2016, at 8:30 a.m.**, I shall appear before Judge St. Eve in Courtroom 1241 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and present the Plaintiff's **MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT.**

/s/Steven J. Molitor
Steven J. Molitor

## PROOF OF SERVICE

I, Steven J. Molitor, an attorney, under penalty of perjury, state that on February 3, 2016, service of this notice (and corresponding motion) is being made on Defendants' attorneys by virtue of their status as e-filers as detailed above.

/s/Steven J. Molitor
Steven J. Molitor

Law Office of Julie O. Herrera
53 W. Jackson, Suite 1615
Chicago, IL 60604
Tel: 312-697-0022
Fax: 312-697-0812