Troy Hernandez
                                         Plaintiff,

v.                                                        Case No.: 1:15−cv−07865
                                                           Honorable Amy J. St. Eve

Civis Analytics, Inc., et al.
                                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 8, 2016:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 2/8/2016. Plaintiff's motion for leave to file second amended complaint [27] is granted without objection. Defendants shall answer or otherwise plead by 2/29/16. Any potentially dispositive motion, with supporting memorandum, shall be filed by 5/2/16. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.