UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Troy Hernandez
                                Plaintiff,

v.                                                    Case No.: 1:15−cv−07865
                                                             Honorable Amy J. St. Eve

Civis Analytics, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 23, 2016:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 3/23/2016 and continued to 5/10/2016 at 08:30 AM. Fact discovery cutoff is extended to 5/13/16. Any potentially dispositive motion, with supporting memorandum, shall be filed by 6/17/16. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.