IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TROY HERNANDEZ, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 15-cv-7865 <br> v. ) <br> ) Judge St. Eve <br> CIVIS ANALYTICS, INC. and ALAN ) <br> FU, ) <br> ) <br> Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)

Plaintiff and Defendants, by and through their respective attorneys, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), stipulate that this case be dismissed, with prejudice, and with each party to bear its own fees and costs.

*It is agreed and so stipulated:*

| | |
|---|---|
| TROY HERNANDEZ, Plaintiff <br><br> BY: <br><br> /s/ Julie O. Herrera <br> Law Office of Julie O. Herrera <br> 53 W. Jackson, Suite 1615 <br> Chicago, Illinois 60604 <br> 312-697-0022 <br> 312-697-0812 (fax) | Defendants CIVIS ANALYTICS, INC. and ALAN FU <br><br> BY: <br><br> /s/ Nadine Abrahams <br> Jackson Lewis P.C. <br> 150 N. Michigan Avenue, Suite 2500 <br> Chicago, IL 60601 <br> 312.803.2505 \| Direct dial <br> 312.787.4949 \| Main <br> 312.787.4995 \| Fax |

DATE: 5/9/16